IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hall, Gwendolyn G

Printed: 4/15/08

Case Number: 04 B 45490
Judge: Wedoff, Eugene R
Filed: 12/10/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: December 26, 2007
Confirmed: February 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 18,014.07 |  |
| Secured: |  | 15,168.01 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,980.00 |
| Trustee Fee: |  | 866.04 |
| Other Funds: |  | 0.02 |
| Totals: | 18,014.07 | 18,014.07 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas M Britt PC | Administrative | 1,580.00 | 1,580.00 |
| 2. | Thomas M Britt PC | Administrative | 400.00 | 400.00 |
| 3. | Mutual Of Omaha Insurance Co | Secured | 0.00 | 0.00 |
| 4. | Ford Motor Credit Corporation | Secured | 6,577.80 | 4,800.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 21,527.24 | 10,368.01 |
| 6. | Internal Revenue Service | Priority | 1,390.81 | 0.00 |
| 7. | Nicor Gas | Unsecured | 797.13 | 0.00 |
| 8. | Jewel Food Stores | Unsecured | 124.28 | 0.00 |
| 9. | Bud's Ambulance | Unsecured |  | No Claim Filed |
| 10. | Dental Care Plus | Unsecured |  | No Claim Filed |
| 11. | Ingalls Memorial Hospital | Unsecured |  | No Claim Filed |
| 12. | Heart Care Centers Of Illinois | Unsecured |  | No Claim Filed |
| 13. | Palos Community Hospital | Unsecured |  | No Claim Filed |
| 14. | Providian | Unsecured |  | No Claim Filed |
| 15. | Palos Community Hospital | Unsecured |  | No Claim Filed |
| 16. | Providian Financial | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 32,397.26 | $ 17,148.01 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 136.39 |
| 3% | 20.47 |
| 5.5% | 300.08 |
| 5% | 68.24 |
| 4.8% | 340.86 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Hall, Gwendolyn G

Printed:  4/15/08

Case Number:  04 B 45490
Judge:  Wedoff, Eugene R
Filed:  12/10/04

----------
$ 866.04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

